Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:20-cv-06807-TJH-SP |
| Plaintiff, | **STRIKE 3 HOLDINGS, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO JOHN DOE'S COUNTERCLAIMS** |
| vs. | |
| JOHN DOE infringer identified as using IP address 108.185.19.186, | |
| Defendant. | |
| JOHN DOE infringer identified as using IP address 108.185.19.186, | |
| Counter-Plaintiff, | |
| vs. | |
| STRIKE 3 HOLDINGS, LLC, | |
| Counter-Defendant. | |

Plaintiff/Counter-Defendant, Strike 3 Holdings, LLC ("Strike 3"), by and through its counsel, Lincoln D. Bandlow, hereby submits the following Answer and affirmative defenses to Defendant/Counter-Plaintiff, John Doe infringer identified as using IP address 108.185.19.186's ("Doe") counterclaim for a declaratory judgment of non-infringement, and states as follows:

## DEFENDANT'S COUNTERCLAIMS

23. Admitted.

24. Strike 3 is without sufficient knowledge or information and can neither admit nor deny the allegation of paragraph 24.

25. Strike 3 admits only that it has filed the Complaint. To the extent this paragraph merely characterizes the nature of the allegations in the Complaint, no response is required because the Complaint speaks for itself. To the extent the allegations of this paragraph vary from the Complaint, they are denied.

## COUNT 1

## DECLARATORY JUDGEMENT OF NON-INFRINGEMENT

26. [Doe's Counterclaim does not contain a paragraph 26].

27. This paragraph contains legal argument or other conclusions as to which no response is required.

28. This paragraph contains legal argument or other conclusions as to which no response is required.

29. This paragraph contains legal argument or other conclusions as to which no response is required.

30. To the extent this paragraph merely characterizes the nature of the allegations in the Complaint, no response is required because the Complaint speaks for itself. To the extent the allegations of this paragraph vary from the Complaint, they are denied.

31. To the extent this paragraph merely characterizes the nature of the allegations in the Complaint, no response is required because the Complaint speaks for itself.  To the extent the allegations of this paragraph vary from the Complaint, they are denied.

32. This paragraph, and each of its sub-paragraphs, contain legal argument or other conclusions to which no response is required.

## AFFIRMATIVE DEFENSES

Strike 3 hereby pleads the following affirmative defenses and states as follows:

1. Doe lacks standing and hence the Court lacks subject matter jurisdiction over Doe's counterclaim for declaratory relief.  There is no independent case or controversy supporting Doe's counterclaim, and, in any event, Doe has not sustained an injury-in-fact capable of supporting standing.

2. Doe has not plead a plausible claim for a declaratory judgment of non-infringement.

3. To the extent Doe seeks to use the Declaratory Judgment Act to preserve Doe's ability to seek attorney's fees, that right is already available to Doe, notwithstanding the counterclaim, through 17 U.S.C. § 505.

4. Doe did infringe Strike 3's copyrights, or, alternatively, is involved in the infringement of Strike 3's copyrights taking place over IP address 108.185.19.186 and is barred in equity from recovery through to doctrine of unclean hands.

5. Doe has failed to mitigate damages by causing, contributing to, and protracting his own attorneys' costs and fees by and through his counterclaims.

1  DATED this 9th day of June, 2021.

**Law Offices of Lincoln Bandlow, P.C.**

By: /s/ *Lincoln Bandlow*
Lincoln Bandlow, Esq.

*Attorney for Plaintiff*
Strike 3 Holdings, LLC