Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
Law Offices of Lincoln Bandlow, P.C.
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff/Counter-Defendant
Strike 3 Holdings, LLC

Joseph Curtis Edmondson, Esq.
jcedmondson@edmolaw.com
Law Offices of J. Curtis Edmondson
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Tel:  (503) 336-3749
Fax: (503) 482-7418

Attorneys for Defendant/Counter-Claimant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE, subscriber assigned IP address 108.185.19.186, <br><br> Defendant. | Case Number: 2:20-cv-06807-TJH-SP <br><br> Judge Terry J. Hatter, Jr. <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| JOHN DOE, subscriber assigned IP address 108.185.19.186, <br><br> Counter-Claimant, <br><br> vs. <br><br> STRIKE 3 HOLDINGS, LLC, <br><br> Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter Defendant Strike 3 Holdings, LLC and Defendant/Counter-Claimant John Doe subscriber assigned IP address 108.185.19.186 hereby stipulate to dismissal of the above-captioned action, including all claims and counterclaims, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  June 28, 2021                              Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, P.C.**
Attorney for Plaintiff
Strike 3 Holdings, LLC

Dated:  June 28, 2021                              Respectfully submitted,

By:  /s/ *J. Curtis Edmondson*
J. Curtis Edmondson, Esq.
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Marina Bandlow*
Marina Bandlow